■ In the Matter of LA BELLE CREOLE INTERNATIONAL, S. A. v. ATTORNEY-GENERAL OF THE STATE OF NEW YORK.— Motion for leave to reargue or for

resettlement of the order of this court entered on December 2, 1960, denied, with $10 costs.  Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.